SCHROEDER, Respondent, vs. SCHROEDER, Appellant.

*June 2—June 20, 1952.*

For the appellant there was a brief by *Herman L. Wiernick,* attorney, and *Nathan Ruppa* of counsel, both of Milwaukee, and oral argument by *Mr. Ruppa.*

For the respondent there was a brief by *Shaw, Muskat & Paulsen* of Milwaukee, and oral argument by *Carl Muskat.*

BROWN, J. Findings of fact by the trial judge are not to be set aside on appeal unless they are contrary to the great weight and clear preponderance of the evidence. *Swazee v. Lee* (1951), 259 Wis. 136, 47 N. W. (2d) 733; *Estate of Witwer* (1948), 253 Wis. 536, 34 N. W. (2d) 671. In matters of custody, the welfare of the child is the controlling consideration. *Hansen v. Hansen* (1947), 251 Wis. 574,

30 N. W. (2d) 227. We have read the testimony and conclude that a recitation of it here is inconsistent with a proper regard for the welfare of the children. It supports overwhelmingly the findings and conclusions of the learned trial court.

*By the Court.*—Judgment affirmed.

FAIRCHILD, J., took no part.